UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> JOCELYNN DEANNA MAHONEY, <br><br> Defendant. | Case No.  1:22-cv-00427-JLT-EPG <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (ECF No. 3) |

Plaintiff Gabriel Martinez is proceeding *pro se* in this action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 3). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 3) is granted.

IT IS SO ORDERED.

Dated:  **April 15, 2022**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

1