1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

GABRIEL MARTINEZ,

       Plaintiff,

v.

JOCELYNN DEANNA MAHONEY,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:22-cv-0427 JLT EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT'S ORDER

(Doc. 9)

Plaintiff Gabriel Martinez is proceeding *pro se* and *in forma pauperis* in this civil action. The assigned magistrate judge screened the complaint on April 20, 2022, concluding that Plaintiff failed to allege a basis for subject matter jurisdiction or state any cognizable claim.  (Doc. 8.)  Despite giving Plaintiff leave to amend his complaint or file a notice to stand on his complaint, Plaintiff failed to file anything.

Accordingly, because Plaintiff failed to prosecute this case and comply with a court order, the assigned magistrate judge issued Findings and Recommendations on June 1, 2022, that this case be dismissed without prejudice.  (Doc. 9.)  The Court served the Findings and Recommendations on Plaintiff, notifying him that any objections were due within fourteen days.  (*Id.* at 4.)  The Court also advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v.*

*Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Plaintiff filed no objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 1, 2022 (Doc. 9), are **ADOPTED IN FULL**.

2. This case is **DISMISSED** without prejudice, because of Plaintiff's failure to prosecute and comply with the Court's order.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 1, 2022**

UNITED STATES DISTRICT JUDGE

2